IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USAA GENERAL INDEMNITY COMPANY | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ELISABETH FLOYD | : | No. 19-03820 |
|    Defendant. | : | |

## ORDER

**AND NOW**, this **25th** day of **November 2019**, upon consideration of Plaintiff's Motion for Default Judgment, and for the reasons stated in the Court's Memorandum dated November 25th, 2019, it is **ORDERED** that:

1. Plaintiff's Motion for Default Judgment (Document No. 5) is **GRANTED**.

2. It is **DECREED** that USAA General Indemnity Company has neither a duty to defend nor a duty to indemnify Elisabeth Floyd in *Anne P. Combs, Executrix of the Estate of Alfred C. Payne and Anne P. Combs, in her own right v. Elisabeth Anna Floyd, et al.*, Court of Common Pleas, Montgomery County, Civil Division, Case Number 2007-23008.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**